# Order

Michigan Supreme Court
Lansing, Michigan

May 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155617-8

*In re* ELLIOTT/MASSIE, Minors.

SC: 155617-8
COA: 333724; 333725
Monroe CC Family Division:
14-023202-NA

_____/

On order of the Court, the application for leave to appeal the March 21, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., took no part in the decision of this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2017



Clerk

s0509